UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60132-CR-ALTONAGA/Strauss

**UNITED STATES OF AMERICA**,

    Plaintiff,
vs.

**CHARLES EDWARD CLAYTON**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court on Defendant, Charles Edward Clayton, II's Motion to Continue Evidentiary Hearing [ECF No. 34]. On January 14, 2021, Defendant filed a Motion to Suppress Evidence and Request for *Franks* Hearing [ECF No. 27]. The Court referred the Motion to Suppress to Magistrate Judge Jared M. Strauss (*see* Jan. 14, 2021 Order [ECF No. 28]); and Judge Strauss set the Motion for an evidentiary hearing to take place on March 3, 2021 (*see* Feb. 4, 2021 Order [ECF No. 33]). In the Motion to Continue, Defendant indicates the parties are attempting to resolve all of Defendant's pending criminal cases (four state cases and this federal case) with a joint plea agreement. (*See id.* 2). He therefore requests Judge Strauss continue the evidentiary hearing for 30 days. (*See id.*).

Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion to Suppress Evidence and Request for *Franks* Hearing **[ECF No. 27]** is **DENIED** as premature. The Motion to Continue Evidentiary Hearing **[ECF No. 34]** is **DENIED** as moot. If the parties fail to reach an agreement, Defendant may file a renewed motion to suppress.

CASE NO. 20-60132-CR-ALTONAGA/Strauss

**DONE AND ORDERED** in Miami, Florida, this 22nd day of February, 2021.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record